[No. 20606–1–I.   Division One.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCISCO
HERNANDEZ–MILLAN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–00368–6, Norman W. Quinn, J., entered
June 8, 1987. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Webster and Forrest, JJ.

[No. 21301–6–I.   Division One.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ISIAH HARRIS,
JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–05080–5, Terrence A. Carroll, J., entered
October 19, 1987. *Reversed* by unpublished opinion per
Swanson, J., concurred in by Scholfield and Forrest, JJ.

[No. 20010–1–I.   Division One.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED GREEN,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–04440–6, Terrence A. Carroll, J., entered
February 24, 1987. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Webster and Forrest, JJ.

[No. 21431–4–I.   Division One.   April 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN DOE,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–01237–5, Peter K. Steere, J., entered
December 3, 1987. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Coleman, C.J., and Winsor, J.